

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2014

No. 04-14-00463-CV

**IN RE** David Allan **EDWARDS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Justice
                  Marialyn Barnard, Justice
                  Patricia O. Alvarez, Justice

On June 27, 2014, relator David Allan Edwards filed a pro se petition for writ of mandamus. This court denied mandamus relief in an opinion issued July 23, 2014. Edwards filed a supplemental petition for writ of mandamus on October 22, 2014, raising the same complaint. The court has considered relator's supplemental petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 14th, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 12-02-0185-CVA, styled *David Allan Edwards v. County of Atascosa; District Attorney of Atascosa County; Judge over Court; Sheriff of Atascosa County; County Court of Commissioners of Atascosa County; Lon Gillespie; William Torans; Freddie Ogden; Weldon Cude; Dr. Gerald B. Phillips, Physician of County Jail, Atascosa County, Individual Capacity*, pending in the 218th Judicial District Court, Atascosa County, Texas, the Honorable Stella Saxon presiding.